LAURA WINGATE v. ATLANTIC & NORTH CAROLINA RAILROAD
COMPANY, INCORPORATED.

(Filed 29 October, 1941.)

**Carriers § 21c—**

> The general rule is that a passenger who is injured while alighting from
> a moving train may not recover for such injury.

APPEAL by plaintiff from *Thompson, J.,* at February Term, 1941, of LENOIR.

*Thos. J. White for plaintiff, appellant.*
*Allen & Allen for defendant, appellee.*

PER CURIAM. Plaintiff's action was for damages for personal injury caused by a fall from defendant's train. She testified that when she stepped off the train the train was moving, and that caused her to fall. The general rule is that a passenger who is injured while alighting from a moving train may not recover for such injury. *Stamey v. R. R.,* 208 N. C., 668, 182 S. E., 130. Upon the authority of this case and the decisions there quoted, we conclude that the judgment of nonsuit was properly entered.

Affirmed.